**Order filed July 30, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00560-CV
_____

**ROWAN & SIBLINGS, INC. AND MAHER HUSSEINI AKA MAHER KHALIL HUSSEINI, Appellants**

**V.**

**TARA ENERGY, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1017116**

## ORDER

This is an appeal from a judgment signed April 29, 2013. Appellant filed a notice of appeal on June 24, 2013. It appears from the partial clerk's record that appellants could be entitled to a restricted appeal, but their notice of appeal does not comply with Texas Rule of Appellate Procedure 25.1(d)(7).

Appellants are ordered to file an amended notice of appeal to reflect whether they are entitled to a restricted appeal.

The amended notice of appeal shall be filed on or before **August 15, 2013.** If appellant does not comply with this order, the court will consider dismissal of the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3.

PER CURIAM